Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Ernie Simbulan

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ernie Simbulan, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TD Bank, N.A., <br><br> Defendant. | **CASE NO: 3:19-CV-00676-MMA-AGS** <br><br> **NOTICE OF JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Plaintiff Ernie Simbulan and Defendant TD Bank, N.A. ("the Parties") hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii), each party shall bear hers/its own costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

Date: October 15, 2019        **KAZEROUNI LAW GROUP, APC**

                                                      By:   s/ Yana A. Hart
                                                            Yana A. Hart, Esq.
                                                            *Attorneys for Plaintiff*

Date: October 15, 2019        **DUANE MORRIS**

                                                      By:   s/ Ryan E. Borneman
                                                            Ryan E. Borneman, Esq.
                                                            *Attorneys for Defendant*

## **CERTIFICATION OF SIGNATURE**

I, Yana Hart, hereby certify that I have confirmed that the content of this Notice is acceptable to Ryan E. Borneman, by obtaining his authorization to apply his electronic signature hereon.

Date: October 15, 2019        **KAZEROUNI LAW GROUP, APC**

                                                      By:   s/ Yana A. Hart
                                                            Yana A. Hart, Esq.
                                                            *Attorneys for Plaintiff*